UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elazar Rosenshine<br>　　20 Hawthorne Lane<br>　　Great Neck, NY 11023<br>Plaintiff,<br><br>-against-<br><br>1) A. Meshi Cosmetics Industries Ltd.<br>　　8 Shimon Habursakai Street<br>　　Industrial Park Bat Yam 59598<br>　　Israel<br>2) A to Z Import Inc.<br>　　305 E 88th Street<br>　　Brooklyn, NY 11236<br>3) Eyal Noach<br>　　2445 E 65th Street<br>　　Brooklyn, NY 11234<br>Defendants. | **MOTION FOR DEFAULT JUDGMENT**<br><br>Case No.<br><br>18CV3572(LDH)(LB) |

  Plaintiff hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach on the grounds that said Defendants failed to answer or otherwise defend against the complaint.

Dated: 10/19/2018　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Elazar Rosenshine

TO: 1) A. Meshi Cosmetics Industries Ltd.
    8 Shimon Habursakai Street
    Industrial Park Bat Yam 59598
    Israel
  2) A to Z Import Inc.
    305 E 88th Street
    Brooklyn, NY 11236
  3) Eyal Noach
    2445 E 65th Street
    Brooklyn, NY 11234

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elazar Rosenshine<br>　20 Hawthorne Lane<br>　Great Neck, NY 11023<br><br>Plaintiff,<br><br>-against-<br><br><br>1) A. Meshi Cosmetics Industries Ltd.<br>　8 Shimon Habursakai Street<br>　Industrial Park Bat Yam 59598<br>　Israel<br>2) A to Z Import Inc.<br>　305 E 88th Street<br>　Brooklyn, NY 11236<br>3) Eyal Noach<br>　2445 E 65th Street<br>　Brooklyn, NY 11234<br><br>Defendants. | AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT<br><br>Case No.<br><br>18CV3572(LDH)(LB) |

Elazar Rosenshine hereby declares as follows:

1. I am the Plaintiff in this action.
2. This action was commenced pursuant to Trademark Counterfeiting.
3. The time for Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach to answer or otherwise move with respect to the complaint herein has expired.
4. Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach have not answered or otherwise moved with respect to the complaint, and the time for Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach to answer or otherwise move has not been extended.

6

5. That Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach are not infants or incompetent. Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach are not presently in the military service of the United States as appears from facts in this litigation.

6. Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach are indebted to Plaintiff, Elazar Rosenshine, in the following manner:

Defendants forged Plaintiff's Star Gel® brand, a federally registered trademark, and sell counterfeit versions of the Star Gel® products to Plaintiff's customers. Plaintiff requests the Court to award him all reliefs sought in the complaint.

WHEREFORE, Plaintiff Elazar Rosenshine requests that a default judgment be entered in favor of Plaintiff Elazar Rosenshine and against Defendants A. Meshi Cosmetics Industries Ltd., A to Z Import Inc., and Eyal Noach.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. information and belief, that the amount claimed is justly due to Plaintiff, and that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or included in this action.

Dated: 10/19/2018         By: _____
                              Elazar Rosenshine