**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELAZAR ROSENSHINE<br><br>    Plaintiff,<br><br>vs.<br><br>A. MESHI COSMETICS INDUSTRIES LTD., A TO Z IMPORTS, INC. and EYAL NOACH<br><br>    Defendants | 18-cv-03572<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Yisroel I. Hiller from the firm of Asserson Hiller P.C. hereby appears as counsel of record for defendant A. Meshi Cosmetics Industries Ltd. in this action.

January 2, 2019

ASSERSON HILLER PC

By: _____/s/ Yisroel Hiller_____

Yisroel Hiller
yisroel.hiller@asserson.co.uk
Richard Shore
richard.shore@asserson.co.uk
11 Broadway, Suite 615
New York, New York 10004
Telephone: (212) 939-7585
Facsimile: (212) 939-6406

*Attorneys for Defendant*
*A. Meshi Cosmetics Industries Ltd.*