**ASSERSON HILLER** PC

April 16, 2020

**FILED ELECTRONICALLY VIA CM/ECF**

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *Rosenshine v A-Meshi Cosmetics Industries, Ltd., et al.* No. 18-cv-3572

Dear Judge Bloom:

    We represent A-Meshi Cosmetics Industries, Ltd. ("A- Meshi"), a defendant in the above-captioned matter. In accordance with the Court's Individual Practice 3, we write to request a short extension of the deadline for our client's Answer to the Amended Complaint until May 21, 2020.

    By Order dated March 30, 2020 and filed on April 6, 2020, Judge DeArcy Hall granted in part and dismissed in part our client's motion to dismiss the Amended Complaint in the matter (ECF No. 51). Following that decision, Your Honor issued an Order on April 8, 2020, setting the deadline for our client's Answer to the Amended Complaint for April 30, 2020 and scheduling the initial telephonic conference with the Court and all parties for May 12, 2020 (ECF No. 52).

    The period between the Court's order above and the current deadline for A-Meshi's Answer is impacted by both the Passover holiday and the Covid-19 pandemic. Both of these events have made it extremely difficult for A-Meshi to meet the current deadline for its Answer. The client and the lawyers working on this matter were unavailable to work on preparing the Answer during the holiday. Moreover, the client representative for A-Meshi and lawyers with primary responsibility for this matter are based in Israel. Regulations put in place in Israel during March 2020 resulting from the Covid-19 crisis require all relevant individuals to stay in quarantine and to work remotely. This has caused and will cause delay and complication in obtaining documents and information necessary to finalize the Answer.

    We also request this extension so that the Court can provide clarification of its March 30, 2020 Order before A-Meshi's answer is due. We note that, though the Court dismissed the Eighth Claim for Relief in the Amended Complaint in the body of its decision (ECF No. 51 pp. 20-21), the conclusion at the end of the decision lists that claim as alive (p. 23). The Order as entered on the ECF docket similarly suggests that the portion of our motion to dismiss the Eighth Claim for Relief was denied. We believe that this is a clerical error and respectfully ask the Court to provide us with additional guidance regarding this claim.

    Pursuant to the Court's Individual Practice 3, A-Meshi states as follows:

a) A-Meshi's Answer to the Amended Complaint is currently due on April 30, 2020;

b) The reasons for the request are set out above;

c) A-Meshi has not made any previous requests for an extension or adjournment;

d) No previous requests have been denied;

**TEL AVIV**
1 Azrieli Centre
Round Tower, Floor 32
132 Menachem Begin Street
Tel Aviv 6701101
T +972 3 744 9191
F +972 3 744 6556

**NEW YORK**
11 Broadway
Suite 615
New York, NY 10004
T +1 (212) 939 7585
F +1 (212) 939 6406

www.assersonhiller.com

Trevor Asserson is only admitted to practice in England and Wales, and in Israel

ASSERSON HILLER P.C.

Honorable Lois Bloom
April 16, 2020
Page 2

e) We requested the Plaintiffs' agreement to our proposed extension by email dated April 12, 2020. The Plaintiffs declined to consent to our request on the basis of their view that our client should be well-versed with the Plaintiffs' allegations given that the Amended Complaint and the original Complaint were filed a year and nearly two years ago, respectively;

f) The extension would affect the telephonic scheduling conference currently ordered to take place on May 12. We respectfully request that the conference take place as soon as practicable after May 21, 2020.

For all the reasons set forth above, we respectfully request that the Court extend the deadline for our client's Answer of the Amended Complaint until May 21, 2020. Thank you for your consideration of this matter.

Very truly yours,

*/s/ Allison Khaskelis*
Allison Khaskelis

cc:   Plaintiffs (via ECF, email and courier)