UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OREN ROSENSHINE and AMIR ROSENSHINE,

        Plaintiffs,                              **ORDER**
                                                                          **18 CV 3572 (LDH)(LB)**

   -against-

A. MESHI COSMETICS INDUSTRIES LTD., A TO Z
IMPORT INC., and EYAL NOACH,

        Defendants.
-----------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Defendant A. Meshi requests an extension of time to answer plaintiff's amended complaint. ECF No. 54. Plaintiffs do not consent to the request. The request is granted. Defendant A. Meshi shall answer plaintiff's amended complaint by May 21, 2020. The Court adjourns the May 12, 2020 conference to May 27, 2020 at 3:30 p.m. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 3:30 p.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty-eight (48) hours before the scheduled conference. Defendant A. Meshi's counsel shall communicate this Order to plaintiffs by every means available.

SO ORDERED.

                                                                               /S/
                                                          LOIS BLOOM
                                                          United States Magistrate Judge

Dated: April 29, 2020
       Brooklyn, New York