UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OREN ROSENSHINE and AMIR ROSENSHINE,

        Plaintiffs,

-against-

A. MESHI COSMETICS INDUSTRIES LTD., A TO Z
IMPORT INC., and EYAL NOACH,

        Defendants.
-------------------------------------------------------------------X

**ORDER**
**18 CV 3572 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held a telephone conference in *pro se* plaintiffs' action on September 21, 2020 and set the following deadlines. Plaintiffs shall file their motion to amend attaching a corrected proposed second amended complaint by September 25, 2020 at noon. Defendants shall file any opposition to the motion to amend by October 5, 2020.

    The parties are urged to discuss settlement.

SO ORDERED.

                                                   /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: September 22, 2020
       Brooklyn, New York