February 15, 2021

Honorable LaShann DeArcy Hall
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
**in the Clerk's Office**
**U.S. District Court, E.D.N.Y**

**Feb 14th 2021**
**8:18PM**

**Brooklyn Pro Se Office**
**via email**

   Re: *Rosenshine v. A. Meshi Cosmetics Industries Ltd. et al, Case # 1:18-cv-03572-LDH-LB*

Dear Judges DeArcy Hall and Bloom,

   On Friday, 02/05/21, we received by mail from the Clerk's Office Judge Bloom's opinion along with copies of the unreported cases cited in the opinion. We are writing to request from the Court an extension of time to file our objection to the opinion, so that our objection would be due by 03/31/21.

   In accordance with the Court's practices, we confirm:

   a) our objection would have been due 02/19/21 (14 days from 02/05/21);
   b) we seek this extension of time as we need considerably more time to gather, read, and analyze the cases cited in the Report and Recommendation and adequately prepare our objection;
   c) this is the first extension of time we have sought for filing our objection;
   d) Defendant A. Meshi does not consent to this request for an extension of time, stating that it does not consider the foregoing reason to be a justifiable basis for an extension; and
   e) the extension of time does not affect any scheduled dates.

   We feel that the time extension we are seeking is reasonable in these circumstances.

   On this basis, we respectfully request that the Court grant us an extension of time to serve our objection to the Report and Recommendation, and order that we serve any objection on or before March 31, 2021.

Respectfully submitted,

_____          _____
   Oren Rosenshine                        Amir Rosenshine