UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OREN ROSENSHINE and AMIR ROSENSHINE,

                    Plaintiffs,

      -against-

A. MESHI COSMETICS INDUSTRIES LTD., A TO Z
IMPORT INC., and EYAL NOACH,

                    Defendants.
-----------------------------------------------------------------------X

                      **ORDER**
                   **18 CV 3572 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

      Plaintiffs filed two motions to amend the complaint, one on August 17, 2020, ECF No. 61, and

the other on September 25, 2020, ECF No. 65.  A Report and Recommendation is still pending

regarding the September 25, 2020 motion to amend. Therefore, the August 17, 2020 motion to amend,

ECF No. 61, is denied as moot.

SO ORDERED.


                                       /S/
                          LOIS BLOOM
                          United States Magistrate Judge

Dated: March 19, 2021
       Brooklyn, New York

1