RECEIVED IN PRO SE
DEC 28, 2022 @ 5:25 PM
VIA BOX.COM

December 28, 2022

Honorable Judge LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

Re: *Rosenshine v. A. Meshi Cosmetics Industries Ltd. et al, Case # 1:18-cv-03572-LDH-LB*

Dear Judge DeArcy Hall,

    We are writing to request an extension of time for serving our opposition to Defendant A. Meshi Cosmetics Industries Ltd.'s ("Meshi") motion for summary judgment, so that our due date would be set to February 13, 2023.

    In accordance with the Court's Individual Practice I(E)2, we confirm:

a) our opposition would have been due January 2, 2023;

b) we seek this extension of time as we have been away for the entire month of December and will only be returning the first week of January, and will need adequate time to prepare our opposition upon our return, including reviewing Meshi's motion papers and gathering, reading, and analyzing the cases cited by Meshi (about 40 cases in total);

c) this is the first extension of time we have sought for serving our opposition;

d) Meshi does not consent to this request for an extension of time, stating that, in its view, our proposal is unreasonable and not being sought at the appropriate time; and

e) the extension of time affects Meshi's scheduled date for serving its reply and filing the fully briefed motion for summary judgment, which would have to be rescheduled accordingly from January 9, 2023 to February 20, 2023.

    For all the reasons set forth above, we respectfully request that the Court grant us an extension of time to serve our opposition to Meshi's motion for summary judgment, and order that we serve any opposition on or before February 13, 2023 and Meshi serve any reply and file the fully briefed motion for summary judgment on or before February 20, 2023.

Respectfully submitted,

                                                         /s/ *Oren Rosenshine*    /s/ *Amir Rosenshine*
                                                           Oren Rosenshine     Amir Rosenshine