**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OREN ROSENSHINE<br>AMIR ROSENSHINE<br><br>           Plaintiffs,<br><br>vs.<br><br>A. MESHI COSMETICS INDUSTRIES LTD., A TO Z IMPORTS, INC. and EYAL NOACH<br><br>           Defendants | 18-cv-03572<br>(LDH-LB)<br><br>**NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>**Served on Plaintiffs on**<br>**December 5, 2022**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that Defendant A. Meshi Cosmetics Industries Ltd. ("Meshi"), by and through its attorneys, Asserson Hiller P.C., will move this Court before the Honorable LaShann DeArcy Hall, United States District Judge, in the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 4H North, on a date and time to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 56 granting summary judgment and awarding Meshi such other relief as the Court deems just, equitable and proper. A memorandum of law and supporting exhibits and declarations accompany this notice of motion.

Dated: December 5, 2022
New York, New York

Respectfully submitted,

*/s/ Allison Khaskelis*

Yisrael Hiller
Allison Khaskelis
yisrael.hiller@asserson.co.uk
allison.khaskelis@asserson.co.uk.
Asserson Hiller PC
11 Broadway, Suite 615
New York, New York 10004
Telephone: (212) 939-7585
Facsimile:  (212)  939-6406

*Attorney for Defendant A. Meshi Cosmetics Industries Ltd.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I served the foregoing Notice of Motion for Summary Judgment, the accompanying Memorandum of Law, the text of F.R.C.P. 56 and the relevant local rules, and all submissions contained in ECF Nos. 92, 94 and 95 on Plaintiffs by electronic mail. I also arranged for these documents to be served on Plaintiffs via first class mail.

*/s/ Allison Khaskelis*

ALLISON KHASKELIS
Asserson Hiller P.C.
*Attorney for Defendant*
*A. Meshi Cosmetics Industries Ltd.*