# EXHIBIT 2

# א.משי תעשיות קוסמטיקה בע"מ
### יצור ושיווק מוצרי קוסמטיקה

## A-Meshi Cosmetic Industries Ltd.

A-MESHI INDUSTRIES L.T.D was established as a family business in 1994 by three brothers - Erez, Yermiyahu and Shem-Tov Mizrahi- and one sister -Nava Mizrahi.  It started as a very small business that produced only a few hair care products.  It has since expanded, and the Company now manufactures products for two different markets:
1. Dead sea products for body and face;
2. Professional hair care products.

The Company factory is located in Bat Yam, Israel.  It currently employs approximately 60 workers in Bat Yam.

The Company continues to be owned and run as a family business.

Erez  (who passed away 7 years ago) started in  product sales and later (in approximately 2000) developed the Company capacity to export products overseas.  His official title in the company was "General Manager."

Shem-Tov is responsible for all production operations.  His official title in the Company is "Production Manager."

Yermiyahu also started in sales and, upon Erez's passing, took charge of the Company's global exports.  His official title in the Company is CEO.

Nava is the purchasing manager and responsible for the raw material supply chain and packaging. Her official title in the Company is "Purchasing Manager."

There are no other directors or executive managers in the Company .

The Company is currently owned by Yermiyahu (40%), Nava(20%)  and Shem-Tov(40%) Mizrahi.  It has no other shareholders.



A-Meshi Cosmetic Industries Ltd.
8 Shimon Haborsekai St.
Bat Yam - 5959249
ISRAEL
Tel. 972-3-9512017
Fax. 972-3-9512018

www.a-meshi.com

א.משי תעשיות קוסמטיקה בע"מ
רח' שמעון הבורסקאי 8
בת ים - 5959249
ישראל
טל. 03-9512017
פקס. 03-9512018

AMeshi_000023