# EXHIBIT 4

# A.meshi cosmetic industries l.t.d

א. משי תעשיות 2012

## General Ledger

Date 23/02/22  
Time 13:56  
Federal Tax ID 511947020

AMeshi_000004

| Cross-Section Properties: | Posting Date | From: | 01/01/12 | To | 31/12/12 |
| --- | --- | --- | --- | --- | --- |
| | Due Date | From: | | To | |
| | Document Date | From: | | To | |
| | By Reconciliation: | All Transactions | | Additional Cross-Section by Trans. Charac.: | No |

**Customer** w050  GLOBAL MANUFACTURING

Periodic Opening Balance: 0.00

| Ref. Date | Due Date | Type | Trans. | Ref. 1 | Details | Debit/Credit LC | Balance Due LC | Cumulative Bal. Due | Debit/Credit FC | Balance Due FC | Cumulative Bal. Due (FC) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/01/12 | 01/01/12 | פי | 9518 | | יתרות פתיחה | 7,499.12 ₪ | 7,499.12 ₪ | 7,499.12- ₪ | 1,963.12 $ | 1,963.12 $ | 1,963.12- $ |
| 08/02/12 | 30/04/12 | קב | 9550 | 12052 | קבלות - w050 | (20,250.00) ₪ | (20,250.00) ₪ | 12,750.88- ₪ | (5,428.95) $ | (5,428.95) $ | 3,465.83 $ |
| 15/02/12 | 15/02/12 | חש | 11171 | 1200250 | חשבוניות מס - w05 | 23,357.26 ₪ | 23,357.26 ₪ | 10,606.38- ₪ | 6,262.00 $ | 6,262.00 $ | 2,796.17- $ |
| 23/02/12 | 30/04/12 | קב | 13042 | 12084 | קבלות - w050 | (3,107.00) ₪ | (3,107.00) ₪ | 7,499.38- ₪ | (828.53) $ | (828.53) $ | 1,967.64- $ |
| 04/10/12 | 20/11/12 | קב | 62927 | 12462 | קבלות - w050 | (19,012.00) ₪ | (19,012.00) ₪ | 11,512.62- ₪ | (4,900.00) $ | (4,900.00) $ | 2,932.36 $ |
| 17/10/12 | 17/10/12 | חש | 64892 | 1201743 | חשבוניות מס - w05 | 19,602.45 ₪ | 19,602.45 ₪ | 8,089.83- ₪ | 5,145.00 $ | 5,145.00 $ | 2,212.64- $ |
| 05/11/12 | 20/11/12 | קב | 70042 | 12522 | קבלות - w050 | (950.60) ₪ | (950.60) ₪ | 7,139.23- ₪ | (245.00) $ | (245.00) $ | 1,967.64- $ |
| 31/12/12 | 31/12/12 | תי | 85379 | 2012 | הפרשי שער | 205.97 ₪ | 205.97 ₪ | 7,345.20- ₪ | | | 1,967.64- $ |
| Total of All Transactions: | | | | | | 7,345.20 ₪ | 7,345.20 ₪ | | $ 1,967.64 | $ 1,967.64 | |
| *** | | | | | Periodic Closing Balance: | | | 7,345.20- ₪ | | | 1,967.64- $ |

| | OB of Bal. Due | Bal. Due Debit LC | Bal. Due Cred. LC | Total LC | OB Bal. Due FC | Bal. Due Debit FC | Bal. Due Cred. FC | Total (FC) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total of All Transactions: | | 50,664.80 ₪ | 43,319.60 ₪ | 7,345.20- ₪ | | 13,370.12 $ | 11,402.48 $ | 1,967.64- $ |