# EXHIBIT 9

# A.meshi cosmetic industries



A.MESHI COSMETIC INDUSTRIES

א.משי תעשיות קוסמטיקה

**To: A TO Z IMPORT INC**
305 EAST 88 ST
BROOKLYN NY 11236
USA

Date: 23/11/16
Time: 10:57
L.T.: 511947020

## Invoice 2016002481          Original

| # | Item code | Description | HS code | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| 1 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 288 | $ 3.00 | $ 864.00 |
| 2 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 312 | $ 3.00 | $ 936.00 |
| 3 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 276 | $ 3.00 | $ 828.00 |
| 4 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 324 | $ 3.00 | $ 972.00 |
| 5 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 312 | $ 3.00 | $ 936.00 |
| 6 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 276 | $ 3.00 | $ 828.00 |
| 7 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 12 | $ 3.00 | $ 36.00 |
| 8 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 288 | $ 3.00 | $ 864.00 |
| 9 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 300 | $ 3.00 | $ 900.00 |
| 10 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 12 | $ 3.00 | $ 36.00 |
| 11 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 564 | $ 3.00 | $ 1,692.00 |
| 12 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 36 | $ 3.00 | $ 108.00 |
| 13 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 12 | $ 3.00 | $ 36.00 |
| 14 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 240 | $ 3.00 | $ 720.00 |
| 15 | STAR 1 | JOJOBA STAR GEL 1000ml | 33059000 | 348 | $ 3.00 | $ 1,044.00 |

**Pay by**     23/11/16

- חריגה מניכוי במקור עפ"י אישור מס

Sales person:     -ללא סוכן-
Payment:     Pre Pay

EX WORK
MADE IN ISRAEL

VAT exempt     $ 10,800.00

VAT     0.00 %

Total     $ 10,800.00

Page: 1     Created by: קטיה     SAP Business One מסמך זה הופק ע"י תוכנת

Address:     Shimon Hburskai 8     Tel: 972-3-9512017     Fax: 972-3-9512018
Bat-Yam 5959249
ISRAEL

AMeshi_000001